UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

UNITED STATES OF AMERICA,

    - against -

                                                 Case No.: 7:23-CR-0507 (PMH)

JUSTO VARGAS,

          Defendant.

---------------------------------------------------------x

## MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL

I hereby move this Court to file my sentencing memorandum for Defendant JUSTO VARGAS under seal because it discusses highly sensitive information with regards to JUSTO VARGAS's case.  Accordingly, it would be in JUSTO VARGAS's best interest that the public at large does not have access to my sentencing memorandum.  Therefore, I am requesting that my sentencing memorandum be filed under seal in this case.

Dated:  Brooklyn, New York
          March 12, 2024

                                    LANCE LAZZARO
                                    Attorney for Defendant
                                    Lazzaro Law Firm, P.C.
                                    360 Court Street, Suite 3
                                    Brooklyn, New York  11231
                                    (718) 488   1900
                                    lazzarolaw@aol.com

---

Application granted.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 36.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
       March 18, 2024